# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00541-CR

**Florentino Richard Gonzales, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-598, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on November 30, 2016. On counsel's motions, the deadline for filing was extended to February 16, 2017. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief an additional 45 days. We grant the motion for extension of time and order appellant to file a brief no later than March 28, 2017. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 24th day of February, 2017.

Before Chief Justice Rose, Justices Field and Bourland